No. 261. EDWARD C. MASON, AS HE IS TRUSTEE IN BANKRUPTCY, ETC., *v.* THOMAS J. SHANNON ET AL. Error to the Superior Court of the State of Massachusetts. Argued March 19, 1920. Decided March 22, 1920. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of § 237 of the Judicial Code, as amended by the Act of September 6, 1916, c. 448, § 2, 39 Stat. 726. *Mr. Harold Williams, Jr.*, with whom *Mr. Charles E. Fay* was on the briefs, for plaintiff in error. *Mr. John T. Hughes*, with whom *Mr. James H. Vahey* and *Mr. Philip Mansfield* were on the brief, for defendants in error.

---

No. 541. UNITED STATES ET AL. *v.* ALASKA STEAMSHIP COMPANY ET AL. Appeal from the District Court of the United States for the Southern District of New York. Argued December 16, 17, 1919. Order entered March 22, 1920. Counsel requested to file briefs concerning the effect upon the issues herein involved resulting from the act of Congress terminating the federal control of railroads and amending the act to regulate commerce in certain particulars, approved February 28, 1920. [See 253 U. S. 113.]